FILED

2016 Oct-13 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

# In the United States District Court
## For the Northern District of Alabama

OCT 13  A 11: 13

U.S. DISTRICT COURT
N.D. OF ALABAMA

FORM FOR USE IN APPLICATION FOR
HABEAS CORPUS UNDER 28 U.S.C. § 2254

CIVIL ACTION NUMBER:

_____   CV-16-HA-1676-ME
(To be supplied by the Clerk of the District Court)

DomINIQUE LACY

Full Name of Plaintiff-Petitioner

Lime Stone CoRRectionAL Center

Place of Confinement

VS.

Jimmy PAtrick WAedon II

(Name of Warden, Superintendent, Jailer, or authorized
person having custody of petitioner)

and

THE ATTORNEY GENERAL OF THE STATE ALABAMA,

                                              Respondents

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If the petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 USC § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A
## PERSON IN STATE CUSTODY

### INSTRUCTIONS -- READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty ‹ perjury. Any false statement of a material fact may serve as the basis for prosecution and convictio perjury. All questions must be answered concisely in the proper space on the for

(2) Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUN CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DeKALB, ETOWAH FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, MADISON MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

(3)   Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4)   If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5)   Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6)   Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7)   When the petition is fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8)   Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1.   Name and location of court which entered the judgment of conviction under attack

2.   Date of judgment of conviction _____

3.   Length of sentence   18 years Split Time Served

4.   Nature of offense involved (all counts)   CC-13-1351 RSP II   CC-13-1604
     run Concurrent

5.   What was your plea?   (Check one)
     ( a )   Not guilty   ☐
     ( b )   Guilty   ☑
     ( c )   Nolo contendere   ☐
     If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6   Kind of trial:  (Check one)
    ( a )   Jury   ☐
    ( b )   Judge only   ☑

7   Did you testify at the trial?
    Yes   ☐      No   ☑

8    Did you appeal from the judgment of conviction?
     Yes ☐       No ☑

9    If you did appeal, answer the following:
     ( a )   Name of court _____
     ( b )   Result _____
     ( c )   Date of result _____

10   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any
     petitions, applications, or motions with respect to this judgment in any court, state or federal?
     Yes ☐       No ☑

11   If your answer to 10 was "yes", give the following information:
     ( a )   (1)   Name of court _____
             (2)   Nature of proceedings _____
             (3)   Grounds raised _____
                   _____
                   _____
             (4)   Did you receive an evidentiary hearing on your motion, application or motion?
                   Yes ☐       No ☑
             (5)   Result _____
             (6)   Date of result _____
     ( b )         As to any second petition, application or motion give the same information:
             (1)   Name of court _____
             (2)   Nature of proceeding _____
             (3)   Grounds raised _____
                   _____
                   _____
             (4)   Did you receive any evidentiary hearing on your petition, application or motion?
                   Yes ☐       No ☐
             (5)   Result _____
             (6)   Date of result _____
     ( c )         As to any third petition, application or motion, give the same information:
             (1)   Name of court _____
             (2)   Nature of proceeding _____
             (3)   Grounds raised _____
                   _____
                   _____
             (4)   Did you receive an evidentiary hearing on your petition, application or motion?
                   Yes ☐       No ☐

…

    (5)   Result _____

    (6)   Date of result _____

(d)   Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1)   First petition, etc   Yes ☐   No ☒

    (2)   Second petition, etc   Yes ☐   No

    (3)   Third petition, etc   Yes ☐   No

(e)   If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

12   State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. *However, you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

   (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the nature of the charge and the consequences of the plea.

   (b)  Conviction obtained by use of coerced confession.

   (c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

   (d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

   (e)  Conviction obtained by a violation of the privilege against self-incrimination.

   (f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

   (g)  Conviction obtained by a violation of the protection against double jeopardy.

   (h)  Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.

   (i)  Denial of effective assistance of counsel.

   (j)  Denial of right of appeal.

A.   Ground one: _PURSUANT To Rule 32.2(C) Defendant WAS_
     _Given AN Illegal Sentence_
     Supporting FACTS (tell your story briefly without citing cases or law)
     _the sentence Impose is Othee wise NOt Authorized_
     _I WAS given AN 18 year Sentence Time Served Sentence Imposed_
     _does NotAllow Any type Criteein @Goodtime etc_

B.   Ground two: _Relief For Ability To Get Lower Custody Level_
     _With Attached Supporting Documents As Evidence of_
     Supporting FACTS (tell your story briefly without citing cases or law) _Request_
     _A.DOC Apparently Impedaing Ability to Achieve A_
     _Lower Custody by Imposing It's Own Detainer on_
     _Me And The State of Michigan Has No Holdon me_
     _I PRAY the Court to Clarify These Mix up on the_
     _Part Of The D.O.C._

C.   Ground three: _____

     Supporting FACTS (tell your story briefly without citing cases or law) _____

D.   Ground four: _____

     Supporting FACTS (tell your story briefly without citing cases or law) _____

13   If any of the grounds listed in 12A, B, C and D were not previously presented in any other cour
     state or federal, state briefly what grounds were not so presented, and give your reasons for no
     presenting them _____

14   Do you have any petition or appeal now pending in any court, either state or federal, as to the
     judgment under attack?
     Yes [ ]     No [✓]

15   Give the name and address, if known, of each attorney who represented you in the following stages
     the judgment attacked herein
     ( a )   At preliminary hearing _____

-5 -

( b )  At arraignment and plea _____

( c )  At trial _____

( d )  At sentencing _____

( e )  On appeal _____

( f )  In any post-conviction proceeding _____

( g )  On appeal from any adverse ruling in a post-conviction proceeding _____

16   Were you sentenced on more than one count of an indictment, or on more than one indictment, in the
same court and at the same time?
Yes  ☐      No  ☑

17   Do you have any furture sentence to serve after you complete the sentence imposed by the judgment
under attack?
Yes  ☐      No  ☑
( a )  If so, give name and location of court which imposed sentence to be served in the future:
_____

( b )  And give date and length of sentence to be served in the future: _____
_____

( c )  Have you filed, or do you contemplate filing, any petition attacking the judgment which
imposed the sentence to be served in the future?
Yes  ☐      No  ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this
proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify or state) under penalty of perjury that the foregoing is tru and correct.
Executed on   _10 - 5 - 16_
                        (Date)

Dominique Lacy
Signature of Petitioner